IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00099-MR-WCM

| | | |
|---|---|---|
| TRAVIS MCKNIGHT | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| S.T. HAWKINS | ) | |
| *Officer Shelby Police Dept* | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the Court on Plaintiff's Request to Participate in the WDNC Pro Se Settlement Assistance Program (the "Motion," Doc. 6).

Pursuant to Local Civil Rule 16.4(c), following the joinder of issues, the Clerk's Office will send a pro se litigant a Notice of Availability of the Pro Se Settlement Assistance Program to inform the pro se litigant that the matter is eligible for the Program. "Joinder of issues" generally occurs when the final answer to a complaint, third-party complaint, or crossclaim or the final reply to a counterclaim has been filed, or the time for doing so has expired. LCvR 16.1(d).

In this case, Plaintiff has a deadline by which he may file an amended complaint, see Doc. 3, and the issues have not joined. Accordingly, Plaintiff's

1

request to participate in the Pro Se Settlement Assistance Program is premature.

**IT IS THEREFORE ORDERED** that the Motion (Doc. 6) is **DENIED WITHOUT PREJUDICE**.

Signed: May 3, 2021

W. Carleton Metcalf
United States Magistrate Judge